IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING
ENGINEERS 520 PENSION FUND, et al.,**

**Plaintiffs,**

v.

**AURA CONTRACTING, LLC,**

**Defendant.**                                              No. 10-CV-753-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Plaintiffs' motion for summary judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 22, 2011, judgment is entered n favor of the Plaintiffs and against the Defendant, **AURA CONTRACTING, LLC,** in the amount of $66,334.48, plus attorneys' fees and court costs.

                              **NANCY J. ROSENSTENGEL,
                              CLERK OF COURT**


                              BY:    /s/*Sandy Pannier*
                                       **Deputy Clerk**

Dated: February 22, 2011

David R. Herndon
2011.02.22
15:19:14 -06'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT